NUMBER 13-05-498-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

_______________________________________________________


 

ANTONIO TORRES, ET AL.,                                      Appellants,

 

                                           v.

 

JONATHAN
STEED,                                                   Appellee.

_________________________________________________________

 

                      On appeal from the Probate Court

                           of Hidalgo
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellants, ANTONIO TORRES, ET AL., perfected an appeal from a judgment entered
by the Probate Court of Hidalgo County, Texas, in
cause number 28,424-A. 
After the record was filed, appellants filed an unopposed  motion to dismiss the appeal.  In the motion, appellants state that the
parties have reached a settlement agreement disposing of all claims between
them, thereby rendering this appeal moot. 
Appellants request that this Court dismiss the appeal and that costs be
assessed against the party incurring same.

The Court, having
considered the documents on file and appellants= unopposed motion to dismiss the appeal, is of
the opinion that the motion should be granted. 
Appellants= unopposed motion to
dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed 

this the 11th day of May, 2006.